HOWARD C. BRISTER, an Infant, by His Guardian ad Litem, MICHAEL W. BRISTER, Respondent, v. FLATBUSH LEASING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MICHAEL W. BRISTER, Respondent, v. FLATBUSH LEASING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of NONNA McGARAHAN, Respondent, v. PETER McGARAHAN, Appellant.— Order of filiation of the Court of Special Sessions, Queens county, affirmed, with costs. No opinion. Rich, Jaycox, Manning, Kelby and Kapper, JJ., concur.

MAY DON, Respondent, v. IKE DON, Appellant.— Order affirmed, with ten dollars costs and disbursements. The order appealed from does not adjudge the defendant guilty of contempt, as contended by the appellant. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

ERNEST EUPHRAT, Appellant, v. BARNETT EPSTEIN, Respondent.— Order reversed upon the facts, with ten dollars costs and disbursements, and motion denied, without costs, on the ground that the affidavits do not show that the convenience of witnesses and the ends of justice will be promoted by the change of the place of trial. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

BARNETT EVERETT, Respondent, v. PAULA EVERETT, Appellant.— Order reversed on the law and the facts, with ten dollars costs and disbursements, on the ground that the discretion of the learned court at Special Term was improperly exercised; and motion granted, with ten dollars costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

SAMUEL FREEDBERG, Respondent, v. ERNEST GIMBEL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

ISAAC P. HARRIS, Appellant, v. MARY BRADSHAW, Individually and as Executrix and Trustee, etc., of KARL EUCHENHOFER, Deceased, Also Known, etc., and Others, Respondents.— Order adjudging plaintiff guilty of contempt affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

In the Matter of the Estate of DANIEL R. HANNA, Deceased. In the Matter of the Claim of JANE AVIS EVANS, a Creditor. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

In the Matter of the Petition of JANE AVIS EVANS, a Creditor, to Compel MARK A. HANNA and Others, as Executors, etc., of DANIEL R. HANNA, Deceased, to Render and Settle Their Accounts, etc. In the Matter of the Petition of JANE AVIS EVANS, a Creditor, for a Jury Trial, etc. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.